IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RODERICK BAGBY,** | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. CIV-24-413-RAW-JAR |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,** | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the court is the Findings and Recommendation of the United States Magistrate Judge, in which he recommended that defendant's motion to dismiss be granted.

No objection has been filed and the time allotted for doing so has expired. "In the absence of a timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir.1991). The court agrees with the reasoning of the Magistrate Judge's analysis and recommendation and finds that "there is no clear error on the face of the record." *See* Rule 72(b) F.R.Cv.P., advisory committee note.

It is the order of the court that the Findings and Recommendation (#37) is affirmed and adopted as the order of the court. Defendant's motion to dismiss (#17) is granted.

**IT IS SO ORDERED** this 4th day of SEPTEMBER, 2025.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**